ELECTRONIC
October 3, 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA

DENNIS O. BROWN,

    Plaintiff,        **08-CV-61592-Dimitrouleas-Rosenbaum**

v.        Case No.

BROWARD COUNTY SCHOOL BOARD,

    Defendant.

_____/

## COMPLAINT

Comes now the Plaintiff, Dennis O. Brown, by and through the undersigned counsel, and sues the Defendant, Broward County School Board, as follows:

1. This is an action for injunctive relief and damages within the jurisdiction of this Court arising from violations of the Plaintiff's federally protected civil rights under Title VII of the Civil Rights Act of 1964 (42 U.S.C. §200(e) et seq.) and the Americans With Disabilities Act (42 U.S.C. §12101 et seq.).

2. Plaintiff, Dennis O. Brown, is a resident of Broward County, Florida who has worked for the Defendant since October 22, 1984. Plaintiff is a carpenter.

3. Defendant, School Board of Broward County, is a political subdivision or agency of Broward County, Florida which has employed Defendant continuously since 1984.

4. Plaintiff, pursuant to a charge of discrimination filed by him with the EEOC on or about September 17, 2007, has received a Dismissal and Notice of Rights (commonly referred to as a "right-to-sue letter"). (Composite Exhibit A). This suit is filed within ninety days of Plaintiff's receipt of said letter and is therefore timely.

## Count 1 - Violation of Title VII of the Civil Rights Act of 1964

5. Plaintiff incorporates paragraphs 1 through 4 here.

6. Plaintiff is a member of a protected class for the purposes of Title VII, in that he is of African-American descent.

7. Defendant is subject to the requirements of Title VII in that, at all times material, it engaged in an industry affecting commerce and employed more than 15 persons.

8. Defendant has subjected Plaintiff to discrimination with respect to the terms, conditions, and privileges of employment on the basis of race. Plaintiff has suffered disparate treatment in comparison to white carpenters in Defendant's employ.

9. In the alternative and/or in addition to the racial discrimination alleged in the immediately preceding paragraph, Plaintiff was subjected to discrimination with respect to the terms, conditions, and privileges of employment in retaliation for making complaints alleging that Defendant had discriminated against him on the basis of his race.

10. As a direct and proximate result of the Defendant's discrimination against him, Plaintiff has suffered actual financial losses, benefits, and employment opportunities. In addition, Defendant's discriminatory treatment of the Plaintiff has caused and continues to cause him mental anguish, emotional distress, and disruption of his life and livelihood.

11. As a further direct and proximate result of Defendant's discriminatory treatment, Plaintiff has been obligated to retain the undersigned attorney and to pay a reasonable fee for legal services.

12. In discriminating against the Plaintiff, Defendant acted with malice or reckless disregard for his federally protected rights.

WHEREFORE, Plaintiff, Dennis O. Brown, demands judgment against the Defendant, School Board of Broward County, for compensatory damages, punitive damages upon leave of court as may be required by law, prejudgment interest, costs and attorney's fees under 42 U.S.C. §2000e-5(k), and such other relief as this Court may deem just and proper.

### Count 2 - Violation of the Americans With Disabilities Act

13. Plaintiff incorporates paragraphs 1 through 4 here.

14. Plaintiff is a qualified individual with a disability within the meaning of the ADA in that he suffers from a physical condition [irreversible allergic asthma and related conditions] which substantially limits one or more major life activities, including breathing.

15. Plaintiff is able to perform the essential functions of his job with a reasonable accommodation from his employer.

16. Defendant has been notified numerous times of Plaintiff's condition and has been provided documentation of same on multiple occasions.

17. After receiving such notification and documentation Defendant has repeatedly denied Plaintiff his requested accommodations. As the result of Defendant's refusal to provide the accommodations, such as allowing him to work in areas not contaminated by mold and other significant airborne pollutants.

18. Plaintiff is entitled to injunctive and/or equitable relief prohibiting the continuing refusal of Defendant to provide the requested reasonable accommodations.

WHEREFORE, Plaintiff, Dennis O. Brown, demands judgment against the Defendant, School Board of Broward County, for injunctive/equitable relief prohibiting Defendant from further violations of his rights, compensatory damages, punitive damages upon leave of court as may be

required by law, prejudgment interest, costs and attorney's fees under the ADA, and such other relief as this Court may deem just and proper.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

Respectfully submitted this ___3rd___ day of October, 2008.

        KENNETH ERIC TRENT, P.A.
        831 East Oakland Park Blvd
        Fort Lauderdale, FL 33334
        (954)567-5877; (954)567-5872 [fax]

        By: _____
        Kenneth Eric Trent, Esq.
        Fla. Bar No. 693601

# Exhibit A

## DISMISSAL AND NOTICE OF RIGHTS

To: Dennis Brown
4520 N. W. 41st Terrace
Fort Lauderdale, FL 33319

From: Miami District Office
2 South Biscayne Blvd
Suite 2700
Miami, FL 33131

[ ] On behalf of person(s) aggrieved whose identity is
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2007-05840 | Debrick Slater, Investigator | (305) 808-1757 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Manuel Zurita,
Acting Director

JUL 07 2008
*(Date Mailed)*

Enclosures(s)

cc: **Dildra Martin-Ogburn, Director
SCHOOL BOARD OF BROWARD COUNTY, FLORIDA
600 S. W. 3rd Avenue
Fort Lauderdale, FL 33301-3125**

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>510-2007-05840 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>Mr. Dennis Brown | Home Phone (Incl. Area Code)<br>(954) 717-4660 | Date of Birth<br>09-02-1957 |
|---|---|---|

Street Address: 4520 N. W. 41st Terrace, Fort Lauderdale, FL 33319
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>SCHOOL BOARD OF BROWARD COUNTY | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(305) 765-6000 |
|---|---|---|

Street Address: 600 S.E. 3rd Avenue, Fort Lauderdale, FL 33301
City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address: 
City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[X] RACE   [ ] COLOR   [ ] SEX   [ ] RELIGION   [ ] NATIONAL ORIGIN
[X] RETALIATION   [ ] AGE   [X] DISABILITY   [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 05-02-2007    Latest: 08-07-2007

[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I am Black. I am a qualified individual with a disability. I work for the above named Respondent as a Carpenter. On May 2, 2007, I was assigned to Byrod Anderson High School with no help. Shortly after that, I was assigned to the portable crew that mostly deals with mold, mildew and dust environment which interferes with my medical condition. On August 7, 2007, my supervisor, William Mowery, Area Trades Manager recommended a 3 day suspension. I believe the above actions have been taken against me because of my race and in retaliation for filing an internal EEO discrimination complaint against Mr. Mowery in May or June 2007.

II. No reason has been given for the discriminatory treatment Mr. Mowery has subjected me to. I submitted doctor's notes years ago (1996) explaining why I can't be exposed to dust, mold and mildew. However, I am still assigned to the portable crew. I am the only Black carpenter subjected to this type of treatment.

III. I believe the Respondent has discriminated against me in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>9-17-07<br>Date / Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br>PANSY M. DEPP<br>Notary Public - State of Florida<br>My Commission Expires Jun 8, 2010<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

## U.S. Equal Employment Opportunity Commission

TO: **Florida Commission on Human Relations**
**2009 Apalachee Parkway, Ste. 100**
**Tallahassee, Florida 32301**

Date: September 26, 2007
EEOC Charge No. 510-2007-05840
FEPA Charge No.

CHARGE TRANSMITTAL

SUBJECT:

| Dennis Brown | v. | SCHOOL BOARD OF BROWARD COUNTY |
|---|---|---|
| Charging Party | | Respondent |

Transmitted herewith is a charge of employment discrimination initially received by the:

☒ EEOC    ☐ _____ on **Sep 11, 2007**
                    Name of FEPA                Date of Receipt

[X] Pursuant to the worksharing agreement, this charge is to be initially investigated by the EEOC.

☐ Pursuant to the worksharing agreement, this charge is to be initially investigated by the FEPA.

☐ The worksharing agreement does not determine which agency is to initially investigate the charge.

☐ EEOC requests a waiver          ☐ FEPA waives

☐ No waiver requested              ☐ FEPA will investigate the charge initially

Please complete the bottom portion of this form to acknowledge the receipt of the charge and, where appropriate, to indicate whether the Agency will initially investigate the charge.

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| **Federico Costales** | *(signed)* |

| Dennis Brown | v. | SCHOOL BOARD OF BROWARD COUNTY |
|---|---|---|
| Charging Party | | Respondent |

TO WHOM IT MAY CONCERN:

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention not to initially investigate the charge.

☐ This will acknowledge receipt of the referenced charge and request a waiver of initial investigation by the receiving agency.

☐ This will acknowledge receipt of the referenced charge and indicate this Agency's intention to dismiss/close/not docket the charge for the following reasons:

| Typed Name of EEOC or FEPA Official | Signature/Initials |
|---|---|
| | |

TO: **Miami District Office**
**2 South Biscayne Blvd**
**Suite 2700**
**Miami, FL 33131**

Date: September 26, 2007
EEOC Charge No. 510-2007-05840
FEPA Charge No.

℆JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
DENNIS O. BROWN

**DEFENDANTS**
SCHOOL BOARD OF BROWARD COUNTY

**(b)** County of Residence of First Listed Plaintiff   Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kenneth Eric Trent, P.A.
831 East Oakland Park Blvd.
Fort Lauderdale, FL 33334

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08CV61592-WPD-RSR

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☑ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☑ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):

a) Re-filed Case ☐ YES ☑ NO     b) Related Cases ☐ YES ☑ NO

JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Title VII of the Civil Rights Act of 1964 (42 U.S.C. s 2000(e) et seq.)
LENGTH OF TRIAL via  5  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ Yes  ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
s/ _____

DATE
10-3-2008

FOR OFFICE USE ONLY
AMOUNT 350.00   RECEIPT # 544323   IFP