UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61592-CIV-DIMITROULEAS

DENNIS O. BROWN,

                                      Magistrate Judge Snow

    Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

**FINAL JUDGMENT AND ORDER DISMISSING CASE**

THIS CAUSE is before the Court upon the Jury Verdict rendered in this action on November 10, 2009, the Court's November 5, 2009 Summary Judgment Order [DE 69], and the Court's rulings from the bench on November 10, 2009. Accordingly it is **ORDERED AND ADJUDGED** as follows:

    1. Judgment is hereby entered on behalf of Plaintiff Dennis O. Brown and against the School Board of Broward County, Florida, in the amount of $210,000.00;

    2. Any remaining pending motions are hereby **DENIED AS MOOT**;

    3. The Clerk is hereby directed to close this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of November, 2009.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record