UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61592-CIV-DIMITROULEAS

DENNIS O. BROWN,

                                        Magistrate Judge Snow

    Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Plaintiff's Verified Motion for Attorney Fees and Costs [DE 100], filed on February 8, 2010, the Plaintiff's Bill of Costs [DE 99], filed on February 8, 2010, and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated June 29, 2010 [DE 114]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Magistrate Judge recommended that the Motion be granted in part. The Court agrees with the Magistrate Judge's conclusion that the hourly fee sought by Plaintiff should be reduced from $300.00 to $250.00, and that the hours for which he should be awarded fees should be reduced by a total of 14.7

hours.  We also agree that the costs sought by the Plaintiff should only be granted in part.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 114] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Verified Motion for Attorney Fees and Costs [DE 100] and Bill of Costs [DE 99] are hereby **GRANTED in part**;

3. Plaintiff Dennis O. Brown shall recover from Defendant School Board of Broward County, Florida the amounts of $26,950.00 in attorney's fees, and $1,583.08 in costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record