UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61592-CIV-DIMITROULEAS/Snow

DENNIS O. BROWN,

    Plaintiff,

v.

SCHOOL BOARD OF BROWARD COUNTY

    Defendant.
_____/

## STIPULATION FOR FINAL ORDER OF DISMISSAL

The Plaintiff and Defendant, by and through their undersigned attorneys stipulate and agree to the entry of a Final Order Dismissing the above-styled action, with each party to bear their own costs and attorneys' fees.

KENNETH E. TRENT, P.A. IOTA
Kenneth Eric Trent, Esquire
831 East Oakland Park Blvd.
Fort Lauderdale, Florida 33334
Telephone: 954-567-5877
Facsimile: 954-567-5872

By: _____
Kenneth E. Trent
Florida Bar No. 693601
Dated: 8/23/2010

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
Phone: 954-463-0100
Fax: 954-463-2444

By: _____
Michael T. Burke
Florida Bar No. 338771
Dated: 8-30-2010

CASE NO. 08-61592-CIV-DIMITROULEAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of August 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all cousnsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendant, School Board of
Broward County
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone:(954) 463-0100
Facsimile:(954) 463-2444

/s/ Michael T. Burke
MICHAEL T. BURKE
Florida Bar Number: 338771

CASE NO. 08-61592-CIV-DIMITROULEAS

## SERVICE LIST

Kenneth Eric Trent, Esquire
831 East Oakland Park Blvd.
Fort Lauderdale, Florida 33334
*Attorney for Plaintiff*
Telephone: 954-567-5877
Facsimile: 954-567-5872
iconoclast_esquire@yahoo.com


Edward Marko, Esquire
OFFICE OF THE SCHOOL BOARD ATTORNEY
K.C. WRIGHT ADMINISTRATIVE BUILDING
600 Southeast 3rd Avenue, 11th Floor
Fort Lauderdale, Florida 33301
*Attorney for Defendant, School Board*
Telephone: 754-321-2050
Facsimile:  754-321-2705
emarko@browardschools.com


Marylin Batista-McNamara, Esquire
OFFICE OF THE SCHOOL BOARD ATTORNEY
K.C. WRIGHT ADMINISTRATIVE BUILDING
600 Southeast 3rd Avenue, 11th Floor
Fort Lauderdale, Florida 33301
*Attorney for Defendant, School Board*
Telephone: 754-321-2050
Facsimile:  754-321-2705
marylinbatista@browardcountyschools.com

---

Michael T. Burke, Esquire
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
*Attorney for Defendant, School Board*
Telephone:   (954) 463-0100
Facsimile:    (954) 463-2444
burke@jambg.com