UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61592-CIV-DIMITROULEAS

DENNIS O. BROWN,

                                                          Magistrate Judge Snow

    Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Stipulation for Final Order of Dismissal [DE 118], filed on August 30, 2010. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Stipulation for Final Order of Dismissal [DE 118] is hereby **GRANTED**;

2. The above-styled case is **DISMISSED with prejudice**;

3. The Clerk shall close this case;

4. All pending motions are hereby denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 30th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record